<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 14-6958**

───────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

ENRIQUE ALFONSO GAYLE,

                Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior District Judge. (2:90-cr-00105-HCM-TEM-2)

───────────

Submitted: November 14, 2014     Decided: November 25, 2014

───────────

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Enrique Alfonso Gayle, Appellant Pro Se. Benjamin L. Hatch, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Enrique Alfonso Gayle appeals the district court's order granting in part his motion for correction of his sentence under former Fed. R. Crim. P. 35(a). On appeal, he contends the district court erred under Fed. R. Crim. P. 43 by correcting his sentence in his absence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Gayle, No. 2:90-cr-00105-HCM-TEM-2 (E.D. Va. June 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED